**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-7466**

---

JULIO ZELAYA SORTO,

            Plaintiff - Appellant,

    v.

P.A. JOHN DOE; JOHN DOE, Prison Health Services Utilization Reviewer; NC DEPARTMENT OF PUBLIC SAFETY; P.A. PHILLIP W. TOLMAN,

            Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:18-ct-03242-FL)

---

Submitted:  July 26, 2022                    Decided:  August 9, 2022

---

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Julio Zelaya Sorto, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julio Zelaya Sorto appeals the district court's orders denying leave to amend his complaint and denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sorto v. Doe*, No. 5:18-ct-03242-FL (E.D.N.C. Sept. 24, 2020; May 5, 2021; Sept. 22, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
